-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG 06-0113-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ARTURO REYES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARTURO REYES, Case No. MAG 06-0113-DAD, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $25,000.00

  _X_   Unsecured Appearance Bond

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond with Surety

  ___   Corporate Surety Bail Bond

  _X_   (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 26, 2006 at 2:45 p.m.

By   /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge